CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FEB 08 2013

JULIA C. ......., CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUNE A. JONES, | ) | CASE NO. 7:12CV00591 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| PHYLLIS BASKERVILLE, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for lack of jurisdiction, and this action is stricken from the active docket of the court.

ENTER: This 8th day of February, 2013.

_____
Chief United States District Judge